# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2699 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 217 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 58179 |
| | : | |
| STEVEN M. STEIN, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2020, upon consideration of the Certificate of Admission of Disability, Steven M. Stein is immediately transferred to inactive status for an indefinite period and until further Order of the Court. *See* Pa.R.D.E. 301(e). He shall comply with all the provisions of Pa.R.D.E. 217.

    All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.